IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| SHARON B. ELLISON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 108-098 |
| THE STATE OF GEORGIA, | ) ) ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's "Request for Removal" is **DENIED**, this case is **DISMISSED** without prejudice, and this case is **CLOSED**.[1]

SO ORDERED this 2nd day of February, 2009, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE

---

[1] The Court is aware that its most recent order in this case was returned as "undeliverable." (Nov. 06, 2008 docket entry). However, Plaintiff was repeatedly cautioned that it is her responsibility to immediately inform this Court of any change of address; failure to do so would result in dismissal of this case. (See doc. no. 7, p. 4; doc. no. 10, p. 2).